DAVID G. MEANY (Defendant pro se)
JENICE A. MEANY (Defendant pro se)
1740 McNevin Ct.
Reno, NV 89509-3124
(775) 843-4600
dgm@ gbis.com



ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-CV-00519-LRH-CBC |
| Plaintiff, | DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | (First Request) |
| DAVID G. MEANY; JENICE A. MEANY; PNC BANK,N.A.; ZIONS BANCORPORATION, N.A.; and WASHOE COUNTY, NEVADA | |
| Defendants | |

Come now Defendants David G. Meany and Jenice A. Meany, pro se, and move the Court to extend the time within which Defendants may answer or otherwise respond to the Complaint filed herein, and inform the Court as follows:

1. This is Defendants' first Motion for an extension of time to answer or otherwise respond to the Complaint.

2. The Complaint was served on Defendant(s) Jenice A. Meany at Defendants home on Friday, September 27, 2019 at approximately 7:00 p.m. and, therefore, an answer or other response to the Complaint would otherwise be due on or before October 18, 2019.

3. On October 11, 2019, Defendant David G. Meany spoke by phone with Plaintiff's attorney Alexander E. Stevko, Esq., named on the Complaint as the Trial Attorney, Tax Division,

1

U.S. Dept. of Justice. Defendant David G. Meany requested additional time for himself and Defendant Jenice A. Meany to answer or otherwise respond to the Complaint. Mr. Stevko stated that he had no objection to Defendants' request for such additional time up to thirty-three (33) days, such that an answer or other response would be due on or before November 20, 2019. Mr. Stevko then suggested that Defendant David G. Meany prepare and file this Motion For Extension Of Time for the Court.

4. The reasons for this Motion are to allow Defendants, who are unable financially to engage an attorney to represent them in this matter, sufficient time to consult, on a limited basis, with an attorney or other person knowledgeable with the matters with which the Complaint is concerned so that Defendants may more effectively respond to the Complaint and thereafter represent themselves in this matter.

5. Wherefore, Defendants request this Court to approve an extension of time for Defendants to answer or otherwise respond to the Complaint in this matter such that an Answer or other response will be due on or before November 20, 2019.

Dated this 17th day of October, 2019

_____
David G. Meany, Defendant pro se

_____
Jenice A. Meany, Defendant pro se

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 10/24/2019