DAVID G. MEANY (Defendant *pro se*)
JENICE A. MEANY (Defendant *pro se*)
1740 McNevin Ct.
Reno, NV 89509-3124
(775) 843-4600
dgm@ gbis.com



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-CV-00519-LRH-CBC  CLB |
| Plaintiff, | ORDER |
| | DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| DAVID G. MEANY; JENICE A. MEANY; PNC BANK, N.A.; ZIONS BANCORPORATION, N.A.; and WASHOE COUNTY, NEVADA | (Second Requested Extension) |
| Defendants | |

Come now Defendants David G. Meany and Jenice A. Meany, *pro se*, and move the Court to extend the time within which Defendants may answer or otherwise respond to the Complaint filed herein, and inform the Court as follows:

1. This is Defendants' second (and last) Motion for an extension of time to answer or otherwise respond to the Complaint filed herein.

2. Defendants filed their First Motion/Request For Extension of Time on October 17, 2019 and this Court graciously granted that Motion on October 21st. As a result, the time for Defendants' Answer or other response to the Complaint was extended and an Answer or response is now due on or before November 20, 2019.

1

3. The reasons for this Motion are the same as those for Defendants' first Motion for an extension of time: to allow Defendants additional time in order to consult with an attorney knowledgeable with the matters with which the Complaint is concerned, so that Defendants may more effectively respond to the Complaint and thereafter represent themselves in this matter. (As Defendants informed the Court in their First Motion, they are financially unable to engage an attorney full time to represent them in this matter. However, Defendants believe consulting with a knowledgeable attorney will greatly assist and make more effective their *pro se* representation.)

4. Following the Order granting Defendants' first Motion for an extension of time, Defendant David Meany has tried to locate an attorney in the Reno area for the above purpose, but without success. He is still trying, is awaiting some return phone calls, and has been referred to certain attorneys outside the Reno area. If no attorney willing to consult in this matter is found (in or outside of Reno), however, no further request for an extension of time will be made and Defendants will proceed *pro se*.

5. On November 18, 2019, Defendant David Meany contacted Plaintiff's attorney Alexander E. Stevko, Esq., Trial Attorney, Tax Division, U.S. Dept. of Justice. Defendant requested additional time for himself and Defendant Jenice A. Meany to answer or otherwise respond to the Complaint for the reasons stated above (to find and consult with legal counsel). Mr. Stevko stated that he had no objection to one additional extension of time for an additional thirty (30) days, such that an answer or other response would be due on or before December 20, 2019, as long as the Court also agreed to such an extension.

///

///

///

5. Wherefore, Defendants request this Court to approve this second Motion for an extension of time for Defendants to answer or otherwise respond to the Complaint in this matter such that an Answer or other response will be due on or before December 20, 2019.

Dated this 18th day of November, 2019

_____
David G. Meany, Defendant *pro se*

_____
Jenice A. Meany, Defendant *pro se*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 11/25/2019

## CERTIFICATE OF SERVICE

This is to certify that I, Defendant David G. Meany, am over the age of 18 years and that on November 18, 2019 I deposited for mailing at the United States Post Office a copy of the attached DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Second Request) addressed to the attorney for Plaintiff:

Alexander E. Stevko, Esq.
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-06863

Dated this 18th day of November, 2019

_____
David G. Meany, Defendant *pro se*