RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

ALEXANDER E. STEVKO (CA Bar No. 301359)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-06863
Tel:   202-616-2380
Fax:   202-307-0054
Email: Alexander.Stevko@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID G. MEANY; JENICE A. MEANY; PNC BANK, N.A.; ZIONS BANCORPORATION, N.A.; and WASHOE COUNTY, NEVADA,<br><br>    Defendants. | Case No. 3:19-CV-00519-MMD-CLB<br><br>STIPULATED JUDGMENT BETWEEN THE UNITED STATES AND DAVID MEANY AND JENICE MEANY |

Pursuant to a settlement agreement, the United States of America and defendants David and Jenice Meany ("the Parties") stipulate to the following judgment and respectfully request that the Court enter it.

1.   David and Jenice Meany agree to have judgment entered against them for the joint income tax assessments for 2007 and 2015-2016 in the amount of $437,832.29 as of April

Stipulated Judgment
Case No. 3:19-cv-00519-MMD-CLB

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

30, 2020. This amount will accrue interest in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6621 from April 30, 2020 and until fully paid.

2. Federal tax liens for the income tax liabilities for 2007 and 2015-2016 attach to property owned by David and Jenice Meany located at 1740 McNevin Court, Reno, Nevada 89509.

3. The Parties agree that the United States is entitled to enforce its tax liens on the property to collect the unpaid income tax liabilities. However, they further agree to delay the entry of an order of sale and actual sale by one year from the date judgment is entered in this case.

4. This stipulation resolves all claims between the United States and David and Jenice Meany in this case.

5. The parties shall bear their own fees and costs.

DATED: May 11, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ *Alexander Stevko*
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

DATED: May 08, 2020

/s/
DAVID G. MEANY
*Defendant, pro se*

DATED: May 08, 2020

/s/ *Jenice Meany*
JENICE A. MEANY
*Defendant, pro se*

Stipulated Judgment
Case No. 3:19-cv-00519-MMD-CLB

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

IT IS SO ORDERED.

DATED this 11th day of May, 2020.

_____
HONORABLE MIRANDA M. DU
United States District Court Judge

Stipulated Judgment
Case No. 3:19-cv-00519-MMD-CLB

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

# CERTIFICATE OF SERVICE

I certify that on May 11, 2020, I filed the foregoing document on the Court's e-filing system. I further certify that on the same day, I served a true and complete copy of the foregoing document by Email on the following:

**David G. Meany**
**Jenice A. Meany**
dgmeany@gmail.com

        /s/ Alexander E. Stevko
ALEXANDER E. STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

Stipulated Judgment
Case No. 3:19-cv-00519-MMD-CLB

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395