1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

12  UNITED STATES OF AMERICA,

13              Plaintiff,

14      v.

15  DAVID G. MEANY; JENICE A. MEANY;
    PNC BANK, N.A.; ZIONS
16  BANCORPORATION, N.A.; and WASHOE
    COUNTY, NEVADA,

17

18      Defendants.

19

Case No. 3:19-CV-00519-MMD-CLB

ORDER DISMISSING CASE

20

21          Pursuant to the United States of America's motion (ECF No. 32), this case is dismissed

with prejudice.

22
            IT IS SO ORDERED.
23

ORDER
Case No. 3:19-cv-00519-MMD-CLB

1

1  DATED this 6th day of ___December___, 2021.

2

3  _____

HONORABLE MIRANDA M. DU
4  Chief United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23